RECEIVED
CHAMBERS OF
FEB 17 2005
JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | 05 CIV 2181 (SAS) |
| Plaintiff, | |
| v. | [Proposed] ORDER LIFTING SEAL |
| Richmond Global Associates, LLC, Richmond Global Director, LLC, Richmond Global MCA, LLC, Richmond Global Managed Account, LLC, Richmond Global, Ltd., RG Group Holdings, LLC, Vincenzo Danio, Joseph Pappalardo, Ronald Turner, and Miron Vinokur, | |
| Defendants. | |

Plaintiff U.S. Commodity Futures Trading Commission (the "Commission") filed a Complaint for permanent injunctive and other relief in this action on February 16, 2005, under seal, and moved *ex parte,* pursuant to Section 6c of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. §13a-1, for an *Ex Parte* Statutory Restraining Order freezing the assets of the Defendants, prohibiting the Defendants from destroying any business or financial records or documents, appointing a temporary receiver, ordering Defendants to show cause why a preliminary injunction should not be issued, and other ancillary relief.

On February 17, 2005, the Commission requested that the temporary seal be lifted as the parallel criminal actions have been publicly filed, and service of the *Ex Parte* Statutory

Restraining Order has been made upon known financial institutions at which the Defendants maintained accounts.

    **THEREFORE IT IS HEREBY ORDERED** that the temporary seal be lifted.

SO ORDERED this \_17\_ day of February, 2005.

 

                                                _____
                                                HONORABLE SHIRA A. SCHEINDLIN
                                                UNITED STATES DISTRICT COURT JUDGE