AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

U.S. Commodity Futures Trading Commission
**PLAINTIFF**

V.

Richmond Global Associates, LLC, Richmond
Global Director, LLC, Richmond Global MCA,
LLC, Richmond Global Managed Account, LLC,
Richmond Global Ltd., RG Group Holdings LLC,
Vincenzo Danio, Joseph Pappalardo, Ronald
Turner and Miron Vinokur
**DEFENDANTS**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 CV    **05 CV    2181**

## JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

Mr. Vincenzo Danio
79 Buffalo Street
Staten Island, New York  10306

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karin N. Roth, Senior Trial Attorney
Steven Ringer, Chief Trial Attorney
U.S. Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, New York  10005

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

FEB 1 6 2005

CLERK

_Jessica Doss_

(By) DEPUTY CLERK

DATE

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>February 17, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Anthony Fiorini | TITLE<br>Special Agent, Federal Bureau of Investigation |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

_____

☐   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/17/05 _____     _____
                   / Date                    *Signature of Server*

           26 Federal Plaza, NY, NY _____
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.