

**JUDGE SCHEINDLIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED UNDER SEAL

---

U.S. Commodity Futures Trading Commission,

           Plaintiff,

               v.

Richmond Global Associates, LLC,
Richmond Global Director, LLC,
Richmond Global MCA, LLC,
Richmond Global Managed Account, LLC,
Richmond Global, Ltd.,
RG Group Holdings, LLC
Vincenzo Danio,
Joseph Pappalardo,
Ronald Turner, and
Miron Vinokur,

           Defendants

05 CV 2181

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

PLAINTIFF'S *EX PARTE*
MOTION TO SEAL FILE
TEMPORARILY

---

Plaintiff U.S. Commodity Futures Trading Commission (the "Commission") hereby moves *ex parte* for an order to seal temporarily the entire docket and file in this matter. For the reasons set forth in the Plaintiff's Memorandum in Support of its *Ex Parte* Motion to Seal File Temporarily, placing these documents on the public record at this time, or in any way identifying the parties to this action and the relief requested, would run counter to the public interest. Plaintiff makes this motion to prevent Defendants Richmond Global Associates, LLC, Richmond Global Director, LLC, Richmond Global MCA, LLC, Richmond Global Managed Account, LLC, Richmond Global, LLC, Richmond Global, Ltd., RG Group Holdings, LLC, Vincenzo

Danio, Joseph Pappalardo, Ronald Turner, and Miron Vinokur from having the opportunity to dissipate assets or destroy documents prior to the service of a statutory restraining order on each of them.

The proposed Order Temporarily Sealing File accomplishes this goal, and provides that the seal expires upon the public filings of the parallel criminal actions and the completion of service on the appropriate financial institutions. To that end, the proposed Order allows the Commission to provide a copy of the entire file to any receiver appointed by the Court in this matter and copies of the *Ex Parte* Statutory Restraining Order to any financial institution at which the Defendants hold accounts so that the books, records, premises, and assets of the Defendants may be properly secured and the status quo is maintained.

Dated: New York, New York
       February 14, 2005

Respectfully submitted,

U.S. COMMODITY FUTURES TRADING COMMISSION

Stephen J. Obie
Regional Counsel

By: _Karin N. Roth_
Karin N. Roth [KR-2669]
Senior Trial Attorney

Steven Ringer [SR-9491]
Chief Trial Attorney

David W. MacGregor
Chief Trial Attorney

Division of Enforcement
U.S. Commodity Futures Trading Commission
Eastern Regional Office

2

140 Broadway, 19th Floor
New York, New York 10005
(646) 746-9764
(646) 746-9940 (facsimile)
kroth@cftc.gov