UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. Commodity Futures Trading Commission,  )  05 CV 2182 (SAS)
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )
                                             )  **ORDER FOR ADMISSION *PRO***
Richmond Global Associates, LLC,             )  ***HAC VICE***
Richmond Global Director, LLC,               )
Richmond Global MCA, LLC,                    )
Richmond Global Managed Account, LLC,        )
Richmond Global, Ltd.,                       )
RG Group Holdings, LLC,                      )
Vincenzo Danio,                              )
Joseph Pappalardo,                           )
Ronald Turner, and                           )
Miron Vinokur,                               )
                                             )
            Defendants.                      )
                                             )

Upon motion of the plaintiff, pursuant to Local Rule 1.3(c), David W. MacGregor is hereby admitted *pro hac vice,* to appear in this matter on behalf of the plaintiff, conditional on counsel's payment of the *pro hac vice* admission fee of $25.00 to the Clerk of the Court

SO ORDERED, this  9th  day of  March , 2005.

_____
Shira A. Scheindlin
United States District Judge