UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

U.S. COMMODITY FUTURES TRADING COMMISSION,    05 CV 2181 (SS)

                                    Plaintiff,    **ANSWER**

                  v.

Richmond Global Associates, LLC,
Richmond Global Director, LLC,
Richmond Global MCA, LLC,
Richmond Global Managed Account, LLC,
Richmond Global, Ltd.,
RG Group Holdings LLC,
Vincenzo Danio,
Joseph Pappalardo,
Ronald Turner, and
Miron Vinokur,

                                  Defendants.
-------------------------------------------------

    Defendant Joseph Pappalardo, by his attorney, Lawrence F. Ruggiero submits the

following answer to the Complaint herein:

                General Denial

Dated: March 31, 2005

                                                       Yours, etc.,

                                                       Lawrence F. Ruggiero
                                                       Attorney for Joseph Pappalardo
                                                       167 East 61st Street
                                                       New York, NY 10021
                                                       212-406-2910