UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U.S. COMMODITY FUTURES TRADING COMMISSION ,          05 CV 2181 (SS)

                                          Plaintiff,          <u>ANSWER</u>

                    v.

Richmond Global Associates, LLC,
Richmond Global Director, LLC,
Richmond Global MCA, LLC,
Richmond Global Managed Account, LLC,
Richmond Global, Ltd.,
RG Group Holdings LLC,
Vincenzo Danio,
Joseph Pappalardo,
Ronald Turner, and
Miron Vinokur,

                                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Defendant Ronald Turner, by his attorney, Robert Koppelman, submits the

following answer to the Complaint herein:

                            General Denial


Dated: March 31, 2005


                                          Yours, etc.,

                                          *Robert Koppelman*

                                          Robert Koppelman
                                          Attorney for Ronald Turner
                                          585 West End Avenue
                                          New York, NY 10024
                                          212-577-6580