UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                               :

U.S. COMMODITY FUTURES TRADING    :
COMMISSION                                      :    **REQUEST TO ENTER**
                                               :    **DEFAULT AGAINST**
                Plaintiffs,            :    **RICHMOND GLOBAL MCA,**
                                             :    **LLC**
       v.                                    :
                                             :    05 Civ. 2181 (SAS)
RICHMOND GLOBAL ASSOCIATES, L.L.C.  :
et al.                                         :
                 Defendants.       :
                                             :
-------------------------------------------------------------x

TO:    J. MICHAEL MCMAHON, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

      Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default when a party against whom judgment for affirmative relief is sought has failed to plead or otherwise defend the action. As it appears from the court file herein and from the attached declaration filed in support of this request, defendant Richmond Global MCA, LLC ("RG MCA") has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. According, plaintiff the U.S. Commodity Futures Trading Commission respectfully submits this application to the Court for entry of default against defendant RG MCA.

Dated: March 31, 2005
       New York, New York

                                                   Respectfully submitted,

                                                   U.S. Commodity Futures Trading
                                                   Commission
                                                   Plaintiff

2

By:____/s/ Karin N. Roth_____
    Karin N. Roth [KR-2669]
    Trial Attorney
    U.S. COMMODITY FUTURES TRADING
    COMMISSION
    140 Broadway, 19th Floor
    New York, New York 10005
    (646) 746-9767
    (646) 746-9940 (facsimile)
    kroth@cftc.gov