UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                            :

U.S. COMMODITY FUTURES TRADING   :
COMMISSION                                  :   **REQUEST TO ENTER DEFAULT**
                                                       :   **AGAINST RICHMOND GLOBAL**
                   Plaintiffs,            :   <u>**MANAGED ACCOUNT, LLC**</u>
                                                       :
                 v.                              :   05 Civ. 2181 (SAS)
                                                       :
RICHMOND GLOBAL ASSOCIATES, L.L.C.  :
et al.                                         :
                   Defendants.         :
                                                       :
---------------------------------------------------------------x

TO:    J. MICHAEL MCMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

       Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default when a party against whom judgment for affirmative relief is sought has failed to plead or otherwise defend the action. As it appears from the court file herein and from the attached declaration filed in support of this request, defendant Richmond Global Managed Account, LLC ("RG Managed") has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. According, plaintiff the U.S. Commodity Futures Trading Commission respectfully submits this application to the Court for entry of default against defendant RG Managed.

Dated: March 31, 2005
       New York, New York

                                                  Respectfully submitted,

                                                  U.S. Commodity Futures Trading
                                                  Commission
                                                  Plaintiff

By: __/s/ Karin N. Roth_____
   Karin N. Roth [KR-2669]
   Trial Attorney
   U.S. COMMODITY FUTURES TRADING
   COMMISSION
   140 Broadway, 19th Floor
   New York, New York 10005
   (646) 746-9767
   (646) 746-9940 (facsimile)
   kroth@cftc.gov