UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                             :

U.S. COMMODITY FUTURES TRADING       :
COMMISSION                                         :          **REQUEST TO ENTER**
                                                             :          **DEFAULT AGAINST**
                                                             :          **VINCENZO DANIO**
                       Plaintiffs,             :
                                                             :          05 Civ. 2181 (SAS)
         v.                                                 :

RICHMOND GLOBAL ASSOCIATES, L.L.C.   :
et al.                                                               :
                    Defendants.        :
------------------------------------------------------------x

TO:    J. MICHAEL MCMAHON, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

       Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default when a party against whom judgment for affirmative relief is sought has failed to plead or otherwise defend the action. As it appears from the court file herein and from the attached declaration filed in support of this request, defendant Vincenzo Danio ("Danio") has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. According, plaintiff the U.S. Commodity Futures Trading Commission respectfully submits this application to the Court for entry of default against defendant Danio.

Dated: March 31, 2005
       New York, New York

                                                     Respectfully submitted,

                                                     U.S. Commodity Futures Trading
                                                   Commission
                                                   Plaintiff

2

        By: /s/ Karin N.Roth_____
           Karin N. Roth [KR-2669]
           Trial Attorney
           U.S. Commodity Futures Trading
           Commission
           140 Broadway, 19th Floor
           New York, New York 10005
           (646) 746-9767
           (646) 746-9940 (facsimile)
           kroth@cftc.gov

Case 1:05-cv-02181-SAS    Document 27    Filed 04/06/2005    Page 2 of 2