UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
U.S. COMMODITY FUTURES TRADING                               :
COMMISSION                                                   :     **REQUEST TO ENTER**
                                                             :     **DEFAULT AGAINST RG**
            Plaintiffs,                                      :     **GROUP HOLDINGS, LLC**
                                                             :
       v.                                                    :     05 Civ. 2181 (SAS)
                                                             :
RICHMOND GLOBAL ASSOCIATES, L.L.C.                           :
et al.                                                       :
            Defendants.                                      :
                                                             :
-------------------------------------------------------------x

TO:    J. MICHAEL MCMAHON, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

   Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default when a party against whom judgment for affirmative relief is sought has failed to plead or otherwise defend the action.  As it appears from the court file herein and from the attached declaration filed in support of this request, defendant RG Group Holdings LLC ("RG Group Holdings") has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.  According, plaintiff, the U.S. Commodity Futures Trading Commission respectfully submits this application to the Court for entry of default against defendant RG Group Holdings.

Dated: March 31, 2005
       New York, New York

                                            Respectfully submitted,

                                            U.S. Commodity Futures Trading
                                            Commission
                                            Plaintiff

By:  /s/ Karin N.Roth
Karin N. Roth [KR-2669]
Trial Attorney
U.S. COMMODITY FUTURES TRADING COMMISSION
140 Broadway, 19th Floor
New York, New York 10005
(646) 746-9767
(646) 746-9940 (facsimile)
kroth@cftc.gov