UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
U.S. COMMODITY FUTURES TRADING
COMMISSION,                                   :    SUSPENSE ORDER
              Plaintiff,
                                              :    05 Civ. 2181 (SAS)

       -against-                              :

RICHMOND GLOBAL ASSOCIATES, et al.,           :

              Defendants.                     :
------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      IT IS HEREBY ORDERED that the Clerk of the Court place the above-captioned case on the suspense docket until further notice.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
        April 12, 2005

## Appearances

**For Plaintiff:**

Karin Roth, Esq.
U.S. Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, New York 10005
(646) 746-9764

**For Defendant Joseph Pappalardo:**

Lawrence Ruggiero, Esq.
167 East 61st Street
Suite 17E
New York, New York 10021
(212) 406-2910