UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES COMMODITY FUTURES :
TRADING COMMISSION, :
:
Plaintiff, :
:
-against- : **ORDER**
:
RICHMOND GLOBAL ASSOCIATES, LLC, : 05 Civ. 2181 (SAS)
RICHMOND GLOBAL MCA, LLC, :
RICHMOND GLOBAL MANAGED :
ACCOUNT, LLC, RICHMOND GLOBAL, :
LTD., RG GROUP HOLDINGS, LLC, :
VINCENZO DANIO, JOSEPH :
PAPPALARDO, RONALD TURNER, and :
MIRON VINOKUR, :
:
Defendant. :
------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The Clerk of the Court is directed to strike from the docket, in its entirety, the endorsed letter approving the Receiver's Fourth Request for Compensation [number 43 on the docket sheet]. A corrected version of the endorsed letter will be submitted for docketing contemporaneously with this Order.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 28, 2005

## - Appearances -

**For the Receiver:**

Natalie A. Napierala, Esq.
Rosner, Moscow & Napierala, LLP
Three New York Plaza, 14th Floor
New York, New York, 10004
(212) 785-2577

**For the U.S. Commodity Futures Trading Commission:**

Karin N. Roth, Esq.
140 Broadway, 19th Floor
New York, NY 10005
(646) 746-9764