IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____/

| | |
|---|---|
| United States Commodity Futures Trading Commission, | **ELECTRONICALLY FILED** |
| Plaintiff | **05 CV 2181 (SAS)** |
| v. | |
| Richmond Global Associates, LLC, Richmond Global Director, LLC, Richmond Global MCA, LLC, Richmond Global Managed Account, LLC, Richmond Global, Ltd., RG Group Holdings LLC, Vincenzo Danio, Joseph Pappalardo, Ronald Turner, and Miron Vinokur, | **NOTICE OF APPEARANCE** |
| Defendants. | |

_____/

PLEASE TAKE NOTICE that I, Natalie A. Napierala, hereby respectfully enter an appearance as counsel to the Temporary Receiver, John W. Moscow, in the above-captioned matter and request that all subsequent papers be served on me at the address below.

Dated: This 29th day of December 2005
        New York, New York

Respectfully submitted,

*/s/ Natalie A. Napierala*

Natalie A. Napierala (4506)
nnapierala@rmnllp.com
Counsel for John W. Moscow,
Temporary Receiver

ROSNER, MOSCOW
& NAPIERALA, LLP
John W. Moscow (JM-9846)
Natalie A. Napierala (NN-4506)
Heather J. Haase (HH-0222)
26 Broadway, 22nd Floor
New York, NY 10004-1808
Telephone:  (212) 785-2577
Facsimile:   (212) 785-5203