UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING : 05 Civ. 2181 (SAS)
COMMISSION :
: [Proposed] **ORDER**
Plaintiff, :
:
v. :
:
RICHMOND GLOBAL ASSOCIATES, L.L.C. :
et al. :
Defendants. :
:
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/06
```

**IT IS HEREBY ORDERED** that the Clerk of the Court return the above-captioned case to the docket from the suspense docket. The parties have 60 days from the date of this Order to propose a joint discovery schedule.

**IT IS FURTHER ORDERED** that representatives of the plaintiff, the U.S. Commodity Futures Trading Commission (the "Commission") be allowed to inspect the books, records, and other documents of the Defendants and their agents in possession of the Court appointed Receiver, including, but not limited to, paper documents, electronically stored data, tape recordings, and computer discs, and to copy said documents, data and records. In addition, the Court appointed Receiver is permitted to allow the Commission to copy documents, data and records previously provided to the U.S. Attorney's Office for the Southern District of New York and counsel for the individual defendants in the parallel criminal matter, *United States v. Danio, et al.*, 05 Cr 157 (BSJ).

**SO ORDERED.**

Dated: January 9, 2006
New York, New York

Shira A. Scheindlin
United States District Judge