USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

                Plaintiff,

        -against-                    ORDER

RICHMOND GLOBAL ASSOCIATES, LLC,    05 Civ. 2181 (SAS)
RICHMOND GLOBAL MCA, LLC,
RICHMOND GLOBAL MANAGED
ACCOUNT, LLC, RICHMOND GLOBAL,
LTD., RG GROUP HOLDINGS, LLC,
VINCENZO DANIO, JOSEPH
PAPPALARDO, RONALD TURNER, and
MIRON VINOKUR,

                Defendant.
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

        The Clerk of the Court is directed to strike from the docket pages five through nine of the endorsed letter approving the Receiver's Sixth Request for Compensation [number 49 on the docket sheet].

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
              April 13, 2006

## - Appearances -

**For the Receiver:**

Natalie A. Napierala, Esq.
Rosner, Moscow & Napierala, LLP
Three New York Plaza, 14th Floor
New York, New York, 10004
(212) 785-2577

**For the U.S. Commodity Futures Trading Commission:**

Karin N. Roth, Esq.
140 Broadway, 19th Floor
New York, NY 10005
(646) 746-9764