**Rosner Moscow & Napierala LLP**
ATTORNEYS AT LAW
26 BROADWAY - 22ND FLOOR
NEW YORK, NEW YORK 10004-1808
(212) 785-2577
TELEFAX: (212) 785-5203

BRIAN ROSNER, ESQ.
JOHN W. MOSCOW, ESQ.
NATALIE A. NAPIERALA, ESQ.

HEATHER J. HAASE, ESQ.*
TIFFANY E. CALE, ESQ.**
JACK A. BLUM, ESQ.***
JOHN P. HANNON, ESQ.
OF COUNSEL

*Also Admitted in TX
**Also Admitted in CA and NJ
***Admitted in DC



October 9, 2006

*Via First Class Mail*
Honorable Shira A. Scheindlin
United States District Judge
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Rom 1620
New York, NY 10007-1312

Re:   *U.S. Commodity Futures Trading Commission v. Richmond Global Associates, LLC, Richmond Global Director, LLC, Richmond Global MCA, LLC, Richmond Global Managed Account, LLC, Richmond Global, Ltd., RG Group Holdings, LLC, Vincenzo Danio, Joseph Pappalardo, Ronald Turner, and Miron Vinokur,* 05 CV 2181 (S.D.N.Y.) (SAS)

Dear Judge Scheindlin:

Enclosed please find the Receiver's Ninth Request for Compensation, which the Receiver submits pursuant to Paragraph VIII of the *ex parte* statutory restraining order entered on February 16, 2005 in the above-referenced matter. This Request for Compensation covers services provided between August 1 and September 30, 2006.

I.   ADDITIONAL RECEIVERSHIP ASSETS

As noted in our prior correspondence, expert Joe Merlino discovered additional receivership assets while analyzing the defendant entities' books and records, and the Receiver succeeded in having $10,537 transferred to the receivership account.

Rosner Moscow & Napierala, LLP

In addition, we continue to communicate with Paul Moran, a former Richmond Global trader, who confirmed that he will be forwarding $5,454.20.[1] Mr. Moran recently advised that he may be unable to forward this money until receipt of his 2005 tax refund. We believe that Mr. Moran has limited assets, and, thus, commencing suit and obtaining a judgment against him would be an inefficient use of receivership resources. We will continue to communicate with Mr. Moran until payment is received.

II.   TAX LIABILITIES

Progress has been made in connection with outstanding tax issues: I am currently negotiating a settlement with the New York State Department of Taxation and Finance and the New York State Department of Labor concerning certain defendant entities' tax liens, warrants and assessments. With respect to federal tax liabilities, I am still waiting for the IRS to provide specific information about relevant liens and liabilities, and will continue to work expeditiously toward the resolution of this matter.

As we previously advised, neither the Receiver nor the CFTC believes that an expert report containing detailed factual findings about trading procedures and results would be helpful under the present circumstances. However, in the event that an expert report would be helpful to the Court, please advise me, and I will be pleased to provide one.

III.  PROPOSED ASSET ALLOCATION PLANS

We have finalized the client account spreadsheets, which will provide the data essential to the proposed asset allocation plans. We have also started to draft the proposed asset allocation plans. After the resolution of the civil cases and the settlement of outstanding tax issues, we will be prepared to submit these plans to the Court.

IV.   FORMER CUSTOMERS

Mr. Merlino and I continue to communicate with former clients to provide them with updates on the status of the civil and criminal suits and the pending distribution of the restrained funds under a court-approved asset allocation plan.

***

Enclosed for the Court's review and approval are the Receiver's and Mr. Merlino's detailed bills for August and September 2006, which include disbursements. Should these bills be approved for payment, such payment will be made from the Receiver's operating account.

---

[1] This amount represents a portion of rebate commissions due RGA, which Mr. Moran had received directly from ODL, a futures commission merchant.

Rosner Moscow & Napierala, LLP

The Ninth Request for Compensation is:

- Receiver: $3,520.48

- Joseph Merlino: $4,034.00

This letter contains an approval line to authorize payment of the Receiver's Ninth Request for Compensation. I would be pleased to answer any questions the Court may have regarding the foregoing or the enclosed bills.

Very truly yours,

Natalie A. Napierala,
Counsel to the Receiver,
John W. Moscow

encs.

cc: Counsel and Parties of Record (w/out enclosures)


Payment of the Receiver's Ninth Request for Compensation is approved in the amounts submitted.

SO ORDERED, at New York, New York, this ___ day of ___, 2006

_____
UNITED STATES DISTRICT JUDGE

3