## Rosner Moscow & Napierala, LLP

ATTORNEYS AT LAW

26 BROADWAY - 22ND FLOOR

NEW YORK, NEW YORK 10004-1808

(212) 785-2577

TELEFAX: (212) 785-5203

BRIAN ROSNER
JOHN W. MOSCOW
NATALIE A. NAPIERALA

ASSOCIATE
TIFFANY E. CALE*

OF COUNSEL
HEATHER J. HAASE**
JACK A. BLUM***
JOHN P. HANNON
ILDIKO SZOLLOSI

*Also Admitted in CA and NJ
**Also Admitted in Texas
***Admitted in DC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/06

December 19, 2006



*Via First-Class Mail*
Honorable Shira A. Scheindlin
United States District Judge
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Rom 1620
New York, NY 10007-1312

Re:  *U.S. Commodity Futures Trading Commission v. Richmond Global Associates, LLC, Richmond Global Director, LLC, Richmond Global MCA, LLC, Richmond Global Managed Account, LLC, Richmond Global, Ltd., RG Group Holdings, LLC, Vincenzo Danio, Joseph Pappalardo, Ronald Turner, and Miron Vinokur,* 05 CV 2181 (S.D.N.Y.) (SAS)

Dear Judge Scheindlin:

Enclosed please find the Receiver's Tenth Request for Compensation, which the Receiver submits pursuant to Paragraph VIII of the *ex parte* statutory restraining order entered on February 16, 2005 in the above-referenced matter. This Request for Compensation covers services provided between October 1 and November 30, 2006.

We have made, and continue to make, every effort to conduct the receivership in an efficient and cost-effective manner so that receivership assets are preserved. We believe that these efforts are positively reflected in the enclosed bill.

I.   **CRIMINAL RESTITUTION**

As I previously advised the Court, the Probation Office for the Eastern District of New York has requested that we assist with restitution and client-account matters in connection with

the defendant Joseph Pappalardo. We have had ongoing communications with the Probation Office on this issue.

We have also engaged in ongoing communications with the CFTC concerning the status of the civil suits, outstanding discovery, and the manner in which these cases will proceed. As always, my expert, Mr. Joseph Merlino, and I are available to meet with the government and defense counsel at their request to discuss and assist with receivership matters.

## II.   PROPOSED ASSET ALLOCATION PLANS

Mr. Merlino and I have revised and finalized the client account spreadsheets, which provide the data essential to the proposed asset allocation plans. We have provided a copy of the final spreadsheets to all parties.

We have also drafted the proposed asset allocation plans. After the resolution of the civil cases and the settlement of outstanding tax issues, we will be prepared to submit these plans to the Court, for the Court's comments and approval.

## III.   FORMER CUSTOMERS

We continue to communicate with former clients to provide them with updates on the status of the civil and criminal suits and the pending distribution of the restrained funds under a court-approved asset allocation plan.

***

Enclosed for the Court's review and approval are the Receiver's and Mr. Merlino's detailed bills for October and November 2006, which include disbursements. Should these bills be approved for payment, such payment will be made from the Receiver's operating account.

The Tenth Request for Compensation is:

- Receiver: $3,563.08

- Joseph Merlino: $2,350.00

This letter contains an approval line to authorize payment of the Receiver's Tenth Request for Compensation. I would be pleased to answer any questions the Court may have regarding the foregoing or the enclosed bills.

Rosner Moscow & Napierala, LLP

Very truly yours,

*[signature]*

Natalie A. Napierala,
Counsel to the Receiver,
John W. Moscow

encs.

cc: Counsel and Parties of Record (w/out enclosures)

    Payment of the Receiver's Tenth Request for Compensation is approved in the amounts submitted.

SO ORDERED, at New York, New York, this __21__ day of __Dec__, 200_.

*[signature]*
UNITED STATES DISTRICT JUDGE

3