UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
U.S. COMMODITY FUTURES TRADING
COMMISSION,
      Plaintiff,
  v

RICHMOND GLOBAL ASSOCIATES, LLC,
et. al.

      Defendants.
------------------------------------------------------------x

05 CV 2181 (SAS)

**CERTIFICATE OF SERVICE**

  I certify that on January 5, 2007, I caused to be served true copies of the Plaintiff's Motion for Summary Judgment against defendants Joseph Pappalardo, Ronald Turner, and Miron Vinokur along with the supporting declarations, affidavit and memorandum of law by causing to be sent by federal express with all fees fully prepaid to the following:

Lawrence F. Ruggiero, Esq.
Attorney for Joseph Pappalardo
167 East 61st Street, Suite 17E
New York, New York 10021

Richard J. Shanley
Attorney for Ronald Turner
328 Flatbush Avenue
Brooklyn, New York 11238

Natalie A. Napierala
Counsel to the Receiver, John Moscow Esq.
Rosner & Napierala, LLP
26 Broadway, 22nd Floor
New York, NY 10004-1808

and by certified mail, with all fees fully prepaid to:

Miron Vinokur 57429-054
CI Moshannon Valley
Correctional Institution
P.O. Box 2000
Philipsburg, PA 16866

_/s/ Patricia McCall_
Patricia MacCall