UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES COMMODITY             :
FUTURES TRADING COMMISSION,         :         **ORDER**
                                    :
                Plaintiff,          :         05 Civ. 2181 (SAS)
                                    :
       - against -                  :
                                    :
RICHMOND GLOBAL ASSOCIATES,         :
LLC, et al.,                        :
                                    :
                Defendants.         :
------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On January 5, 2007, plaintiff served its motion for summary judgment against defendants Joseph Pappalardo, Ronald Turner, and Miron Vinokur. As of today, defendants Turner and Vinokur have not submitted any papers in opposition to plaintiff's motion. As these defendants are proceeding *pro se*, it is hereby

ORDERED that defendants Turner and Vinokur file opposition papers, if any, to plaintiff's motion by March 30, 2007. All papers must be sent to this Court's Pro Se Office at 500 Pearl Street, Room 230, New York, New York 10007, and must be served upon plaintiff's counsel. If either defendant submits opposition papers, plaintiff's reply is due April 13, 2007.

IT IS FURTHER ORDERED that if defendants Turner and Vinokur fail to comply with this Order, the Court will decide the motion solely on the papers already submitted. If defendants Turner and Vinokur file opposition papers, they are directed to first consult the attached Notice for Pro Se Litigants Regarding Opposition to a Summary Judgment Motion.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 8, 2007

- Appearances -

**For Plaintiff:**

Karin N. Roth, Esq.
Steven Ringer, Esq.
David W. MacGregor, Esq.
U.S. Commodity Futures
 Trading Commission
Eastern Regional Office
140 Broadway, 19th Floor
New York, New York 10005
(646) 746-9764

**Defendants (Pro Se):**

Ronald Turner
82 Macon Avenue
State Island, New York 10312

Miron Vinokur
# 57429-054
Moshannon Valley CI
P.O. Box 2000
Philipsburg, Pennsylvania 16866