**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
:
**U.S. COMMODITY FUTURES TRADING**          :
**COMMISSION,**                              :
:
                **Plaintiff,**          :
:
        **-against-**                  :
:
**RICHMOND GLOBAL ASSOCIATES, LLC,**        :
**et al.,**                                 :
:
             **Defendants.**          :
-----------------------------------------------------------X

**ORDER**

**05 Civ. 2181 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.**

On April 24, 2006, Lawrence F. Ruggiero, counsel for defendant

Joseph Pappalardo, filed a motion to withdraw as Pappalardo's attorney.  Counsel

has since informed the court that the matter has been resolved and that counsel

will continue to represent Pappalardo in this matter.  As a result, this motion is

now moot.  Accordingly, the Clerk of the Court is directed to close this motion

[Document No. 51].

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
         April 5, 2007