

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

          Plaintiff,

    -against-

RICHMOND GLOBAL ASSOCIATES, LLC,
RICHMOND GLOBAL MCA, LLC,
RICHMOND GLOBAL MANAGED
ACCOUNT, LLC, RICHMOND GLOBAL,
LTD., RG GROUP HOLDINGS, LLC,
VINCENZO DANIO, JOSEPH
PAPPALARDO, RONALD TURNER, and
MIRON VINOKUR,

          Defendants.
------------------------------------------------------------X

ORDER

05 Civ. 2181 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

On January 5, 2007, the U.S. Commodity Futures Trading Commission (the "CFTC") moved for summary judgment against defendants Joseph Pappalardo, Ronald Turner and Miron Vinokur (collectively, the "Individual Defendants"). Pappalardo informed the Court that he would not submit any opposition to the motion. Having received no response from either of the other two defendants, the Court issued an order, on March 8, 2007, stating that Turner and Vinokur's opposition papers were due no later than March 30, 2007. No opposition papers were ever submitted. Given the lack of opposition and the

Court's review of the CFTC's motion, the CFTC's summary judgment motion is hereby GRANTED. Accordingly, the following relief is hereby ORDERED:

(1) The Individual Defendants are permanently enjoined from committing future violations of the Act;

(2) Under section 6c(d)(1) of the Commodity Exchange Act, 7 U.S.C. § 1 *et seq.*, Vinokur is ordered to pay a civil monetary penalty in the amount of $120,000, and Pappalardo and Turner are each ordered to pay a civil monetary penalty of $240,000[1];

(3) Vinokur is order to pay restitution to the customers of the Richmond Global Entities in the amount of $270,393, and Pappalardo and Turner are ordered to jointly and severally pay restitution to the customers of the Richmond Global Entities in the amount of $1,527.800[2]; and

(4) Vinokur must disgorge $23,300, Pappalardo must disgorge $79,300, and Turner must disgorge $116,300.

---

[1]    Vinokur was charged with one count under the Act. Pappalardo and Turner were each charged with two counts.

[2]    These amounts reflect the calculations made by Joseph Merlino, the expert retained by the Court-appointed Receiver.

The Individual Defendants are ordered to pay the above-ordered sums into the Court pursuant to Federal Rule of Civil Procedure 67 by June 25, 2007. Once the payments are made, the Court directs that the CFTC propose a distribution plan for this Court's approval. The Clerk of the Court is directed to close this motion [No. 56 on the Docket Sheet].

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       April 23, 2007

- Appearances -

**For Plaintiff:**

Karin N. Roth, Esq.
David W. MacGregor, Esq.
U.S. Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, New York 10005
(646) 746-9764

**For Defendant Pappalardo:**

Lawrence F. Ruggiero, Esq.
167 East 61st Street, Suite 17E
New York, New York 10021
(212) 406-2910

**Defendants Turner and Vinokur (Pro Se):**

Ronald Turner
82 Macon Avenue
Staten Island, New York 10312

Miron Vinokur
# 57429-054
Moshannon Valley CI
P.O. Box 2000
Philipsburg, Pennsylvania 16866