UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
U.S. COMMODITY FUTURES TRADING            :   05 Civ. 2181 (SAS)
COMMISSION                                                 :
                                                           :
                        Plaintiffs,         :   **CERTIFICATE OF SERVICE**
                                                           :
        v.                                                :
                                                           :
RICHMOND GLOBAL ASSOCIATES, L.L.C.     :
et al.                                                     :
                       Defendants.         :
                                                           :
-----------------------------------------------------------x

       I certify that on September 17, 2007, I caused to be served true copies of the Plaintiff's Motion for Entry of Judgment by Default With Ancillary Equitable Relief Against Richmond Global Associates, LLC, Richmond Global Director, LLC, Richmond Global MCA, LLC, Richmond Global Managed Account, LLC, Richmond Global, LTD, RG Group Holdings, LLC and Vincent Danio along with the supporting declarations, affidavit and memorandum of law by causing to be sent by first class mail with all fees fully prepaid to the following:

| Natalie A. Napierala<br>Counsel to the Receiver, John Moscow<br>Rosner & Napierala, LLP<br>26 Broadway, 22nd Floor<br>New York, NY 10004-1808 | Richmond Global Associates, LLC<br>c/o Ronald Turner, 57428-054<br>FCI Fort Dix<br>Federal Correctional Institution<br>P.O. Box 2000<br>Fort Dix, NJ 08640 |
|---|---|
| Richmond Global Director, LLC<br>Richmond Global MCA, LLC<br>Richmond Global Managed Account, LLC<br>Richmond Global, LTD<br>RG Group Holdings, LLC<br>c/o Vincent Danio<br>USP Lewisburg<br>U.S. Penitentiary<br>P.O. Box 1000<br>Lewisburg, PA 1783 | Richmond Global Director, LLC<br>Richmond Global MCA, LLC<br>Richmond Global Managed Account, LLC<br>Richmond Global, LTD<br>RG Group Holdings, LLC<br>106 New Dorp Plaza<br>Suite 2b<br>Staten Island, New York 10306-2904 |

| Vincent Danio<br>USP Lewisburg<br>U.S. Penitentiary<br>P.O. Box 1000<br>Lewisburg, PA  17837 | Vincent Danio<br>79 Buffalo Street<br>Staten Island, New York  10306 |
|---|---|

*[signature]*
Michael C. McLaughlin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
U.S. COMMODITY FUTURES TRADING          :   05 Civ. 2181 (SAS)
COMMISSION                              :
                                        :
              Plaintiffs,               :   **CERTIFICATE OF SERVICE**
                                        :
      v.                                :
                                        :
RICHMOND GLOBAL ASSOCIATES, L.L.C.      :
et al.                                  :
              Defendants.               :
                                        :
-----------------------------------------------------------x

I certify that on September 18, 2007, I caused to be served true copies of the Plaintiff's Motion for Entry of Judgment by Default With Ancillary Equitable Relief Against Richmond Global Associates, LLC, Richmond Global Director, LLC, Richmond Global MCA, LLC, Richmond Global Managed Account, LLC, Richmond Global, LTD, RG Group Holdings, LLC and Vincent Danio along with the supporting declarations, affidavit and memorandum of law by causing to be sent by certified mail with all fees fully prepaid to the following:

| | |
|---|---|
| Richmond Global Director, LLC<br>Richmond Global MCA, LLC<br>Richmond Global Managed Account, LLC<br>Richmond Global, LTD<br>RG Group Holdings, LLC<br>c/o New York State Department of State<br>Division of Corporations<br>41 State Street<br>Albany, NY 12231-001 | Miron Vinokur<br>40 Jacques Avenue<br>Staten Island, NY 10306 |

and was sent electronically to:

| Richard J. Shanley<br>Attorney for Ronald Turner<br>328 Flatbush Avenue<br>Suite 352<br>Brooklyn, New York 11238<br>jeremiah362@aol.com | Natalie A. Napierala<br>Counsel to the Receiver, John Moscow<br>Rosner & Napierala, LLP<br>26 Broadway, 22nd Floor<br>New York, NY 10004-1808<br>nnapierala@rmnllp.com |
|---|---|
| Lawrence F. Ruggiero, Esq.<br>Attorney for Joseph Pappalardo<br>167 East 61st Street, Suite 17E<br>New York, New York 10021<br>lfroffice@earthlink.net | |

*[signature]*
Michael C. McLaughlin

2