UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING : 05 Civ. 2181 (SAS)
COMMISSION :
:
        Plaintiffs, : ORDER
:
v. :
:
RICHMOND GLOBAL ASSOCIATES, L.L.C. :
et al. :
        Defendants. :
:
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07
```

    **IT IS HEREBY ORDERED** that the Clerk of the Court is directed to strike from the record Part C of the Declaration of Karin N. Roth (Attachment 4 to document no. 67) in its entirety. A corrected version of this part of the declaration will be submitted for docketing without delay by the plaintiff, the U.S. Commodity Futures Trading Commission.

    **IT IS FURTHER ORDERED** that all persons who received Part C of the declaration of Karin N. Roth are prohibited from disseminating any information contained in the portion of Part C of the Declaration of Karin N. Roth that is hereby being stricken from the record.

    SO ORDERED.

Dated: Sept 28, 2007
       New York, New York

                                      Shira A. Scheindlin
                                      United States District Judge