# ROSNER & NAPIERALA, LLP

ATTORNEYS AT LAW
26 BROADWAY - 22ND FLOOR
NEW YORK, NEW YORK 10004-1808
212.785.2577 MAIN / 212.785.5203 FAX

WWW.RMNLLP.COM



October 17, 2007

*Via First-Class Mail*
Honorable Shira A. Scheindlin
United States District Judge
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007-1312

    Re:    *U.S. Commodity Futures Trading Commission v. Richmond Global Associates, LLC, Richmond Global Director, LLC, Richmond Global MCA, LLC, Richmond Global Managed Account, LLC, Richmond Global, Ltd., RG Group Holdings, LLC, Vincenzo Danio, Joseph Pappalardo, Ronald Turner, and Miron Vinokur*, 05 CV 2181 (S.D.N.Y.)

Dear Judge Scheindlin:

    Enclosed please find the Receiver's Thirteenth Request for Compensation, submitted pursuant to Paragraph VIII of the *ex parte* statutory restraining order entered on February 16, 2005 in this matter. This Request for Compensation covers the period April 1, 2007 through September 30, 2007.

    **TAX LIABILITIES**

    The Internal Revenue Service and the New York State Department of Taxation and Finance ("NYS-DOF") have confirmed that the receivership entities do not presently have any outstanding tax liens, warrants or assessments. We enclose copies of these relevant confirmations for the Court's records.

    With respect to the New York State Department of Labor ("NYS-DOL"), we have reached a tentative settlement agreement under which the NYS-DOL has agreed to waive interest and penalties that have accrued on the entities' outstanding tax liability since the inception of the receivership. The NYS-DOL has also agreed to settle the remaining tax liability of $263.51 by

ROSNER & NAPIERALA, LLP

receiving a distribution, at the same rate as the victims, under a court-approved asset-allocation plan (and any subsequent distributions of amounts collected as restitution).

We have dissolved all receivership entities, aside from Richmond Global, Ltd., as of January 5, 2006. We have been unable to dissolve Richmond Global, Ltd. due to the fact that it failed to file tax New York state returns for the years 2001 through 2005.

We have limited records for Richmond Global, Ltd., and intend to file limited tax returns on its behalf for these years. We expect that, as a result of these filings, Richmond Global, Ltd. will have an outstanding tax liability of less than $1,000, which will be paid by the receivership.

We will continue to attempt to resolve this matter with the NYSDOF, and will keep the Court apprised.

***

Enclosed for the Court's review and approval are the Receiver's and Mr. Merlino's detailed bills for April 1, 2007 through September 30, 2007, which include disbursements. Should these bills be approved for payment, such payment will be made from the Receiver's operating account.

The Thirteenth Request for Compensation is:

- Receiver: $14,725.84

- Joseph Merlino: $ 7,850.00

This letter contains an approval line authorizing payment of the Receiver's Thirteenth Request for Compensation. I would be pleased to answer any questions the Court may have regarding the foregoing or the enclosed bills.

Very truly yours,

Natalie A. Napierala
Counsel to the Receiver,
John W. Moscow

encs.

cc:   John W. Moscow, Esq., Receiver
      Counsel and Parties of Record (w/out bills)

2

ROSNER & NAPIERALA, LLP

    Payment of the Receiver's Thirteenth Request for Compensation is approved in the amounts submitted.

SO ORDERED, at New York, New York, this \_\_31\_\_ day of \_\_Oct\_\_, 2007.

                                                           UNITED STATES DISTRICT JUDGE