UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

           Plaintiff,

- against -

RICHMOND GLOBAL ASSOCIATES,
LLC, et al.,

           Defendants.
------------------------------------------------------- X

**ORDER**

05 Civ. 2181 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        The Court has received a letter dated February 4, 2008 from the Receiver appointed in this matter regarding allocation of the assets under receivership. The Receiver is instructed to pursue "Plan 2, Option A," which provides for pro rata reimbursement of amounts invested by those clients who invested in real estate and foreign exchange transactions and repays unpaid withdrawals on a pro rata basis. In accordance with the procedure suggested by the Receiver, he is instructed to notify investors of the selected plan by first-class mail and by a notice posted on the website of the Commodity Futures Trading Commission ("CFTC"). Investors shall be informed that they have thirty days from the date of the letter to submit objections to the Receiver. The CFTC shall

1

also submit objections to the plan, if any, by this date. Within ten days of the objection deadline, the Receiver shall respond to the objections and shall provide this Court with the objections and responses, as well as a proposed revised plan if appropriate.

                                                            SO ORDERED:

                                                            /s/ Shira A. Scheindlin
                                                            Shira A. Scheindlin
                                                            U.S.D.J.


Dated:      New York, New York
            February 11, 2008

## - Appearances -

**For the Receiver:**

Natalie A. Napierala, Esq.
Rosner & Napierala, LLP
26 Broadway, 22nd Floor
New York, New York 10004-1808
(212) 785-2577

**For Plaintiff:**

Karin Nicole Roth, Esq.
140 Broadway, 19th Floor
New York, New York 10005
(646) 746-9764

**For Defendants:**

Lawrence Francis Ruggiero, Esq.
167 East 61st Street, Suite 17E
New York, New York 10021
(212) 406-2910