UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

        Plaintiff,

 - against -

RICHMOND GLOBAL ASSOCIATES,
LLC, et al.,

        Defendants.
------------------------------------------------------- X

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

ORDER

05 Civ. 2181 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    By Order dated February 11, 2008, this Court preliminarily approved an asset allocation plan that provides for pro rata reimbursement of amounts invested by those clients who invested in real estate and foreign exchange transactions and repays unpaid withdrawals on a pro rata basis. The Receiver was directed to notify investors of the plan and inform them that they had thirty days in which to submit objections to the plan. The Court having considered all objections and the responses of the Receiver, the Receiver is directed to allocate and distribute all assets under receivership in accordance with the plan. The Clerk of the Court is directed to close this case.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          May 1, 2008